IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case No. : 3:17-CR-103 |
| | : | |
| MINDA L. MOORE | : | |

---

ORDER FOR TERMINATION OF PROBATION

---

Based upon the recommendation of the U. S. Probation Officer, no objection from the Government, and for good cause shown, it is hereby ordered that the defendant, Minda L. Moore, is discharged from probation and that the proceedings in this case be terminated.

Dated this 24th day of July, 2020.

*s/Thomas M. Rose*

Thomas M. Rose
United States District Court Judge